**ORIGINAL**

**FILED**

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0364

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0364

_____

ANASTASIA SHIHO LAKE,

   Petitioner,

v.                                                          **O R D E R**

SHERYL ZIEGLER,
Commander,

   Respondent.

**FILED**

JUN 18 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Anastasia Shiho Lake has filed a Petition for Writ of Habeas Corpus, requesting her release from the Missoula County Detention Facility. She indicates that her bail is excessive, but she has provided no amount. Lake explains that she was arrested on March 10, 2024, and that due to her mental health care needs, she asks for leniency. She contends that her constitutional, civil, and "parenting rights are being violated by the 4th Judicial [District] Court." She adds that she has not been sentenced by this "'Crime of Passion,' yet" she has learned that may have a year of incarceration "for her crimes" before sentencing. Lake expresses concern for her children and feels that as an Asian woman, she faces a double standard in the criminal judicial system.

We secured a copy of the Missoula County District Court's register of actions. The court granted leave for the State to file its Amended Information on March 11, 2024. The court issued an arrest warrant that day with a bond amount of $25,000. The court has since held two hearings, and counsel for Lake filed a notice of appearance on April 11, 2024. A few days later, the court issued an order for commitment to the State Hospital for examination. Since then, the State has sought leave to file a Second Amended Information, for which the court granted leave and set another arraignment.

Lake's remedy for relief is not with this Court, and she is not entitled to release. The cause of her incarceration is her pending criminal case. *Gates v. Missoula Cnty. Comm'rs*, 236 Mont. 261, 261-262, 766P.2d 884, 884-885 (1988). Following an arraignment, Lake awaits to be transported to the State Hospital for an evaluation.

Her claims cannot be addressed by a writ of habeas corpus. Lake has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. She has not shown want of bail here either. Section 46-22-103, MCA. This Court has determined that a district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. The District Court set a bail amount in her case. Lake should present any concerns to her attorney. Lake is not entitled to habeas corpus relief. Accordingly,

IT IS ORDERED that Lake's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Leslie Halligan, District Court Judge; Amy McGhee, Clerk of District Court, under Cause No. DC 24-107, and for distribution to the counsel of record there; Commander Ziegler; counsel of record, and Anastasia Shiho Lake personally.

DATED this 18 day of June, 2024.

_____

_____

_____

_____

_____
Justices

2